respondents' brief.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1182.   State ex rel. Anderson v. Sheeran.**

In Procedendo. On complaint in procedendo of Kim L. Anderson and on S.Ct.Prac.R. 12.04 determination, cause dismissed. Relator's motions to strike and objections to notice of mootness are denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents.

**2013–1184.   Dumas v. DeGenaro.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1186.   Branham v. Mifsud.**

Miscellaneous case. On motion to dismiss. Motion to dismiss granted. Motion to strike dismissal denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1187.   Branham v. Etna Twp.**

Miscellaneous case. On motion to dismiss. Motion to dismiss granted. Motion for sanctions and motion to strike dismissal denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1189.   Branham v. Branstool.**

Miscellaneous case. On motion to dismiss. Motion to dismiss granted. Motion to strike denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1191.   State ex rel. Nash v. Dept. of Rehab. & Corr.**

Miscellaneous case. On motion for judgment on the pleadings. Motion granted. Preliminary injunction denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1199.   Fish v. Selmon.**

In Mandamus. On answers of respondents and on S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1213.   State ex rel. Wilson v. Montgomery Cty. Court of Common Pleas Judge Having Jurisdiction over Case No. 09–CR–719.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1217.   State ex rel. Hendricks v. Corrigan.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1219.   State ex rel. Hendricks v. Corrigan.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1224.   State ex rel. Redd v. Jennings.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1234.   State ex rel. Elmwood Place v. Ruehlman.**

In Mandamus and Prohibition. In light of this court's decision to decline jurisdiction in case No. 2013–1087, *Pruiett v. Elmwood Place,* it is ordered by the court, sua sponte, that this case is dismissed as moot.

O'CONNOR, C.J., and PFEIFER, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL, J., not participating.